## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN D. DEJOHN, individually and on behalf of all similarly situated employees,** : | |
| : | **CIVIL ACTION NO. 3:13-1417** |
| **Plaintiff** : | |
| **v.** : | **(JUDGE MANNION)** |
| **PITT OHIO EXPRESS, LLC., and DOE DEFENDANTS 1-10,** : | |
| : | |
| **Defendants.** | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** defendant Pitt Ohio's motion for summary judgment, (Doc. 27), is **GRANTED** with respect to all of plaintiff's claims;

**(2)** Doe Defendants 1-10 are **DISMISSED WITH PREJUDICE**;

**(3)** the plaintiff's motion for class certification, (Doc. 25), is **DENIED**;

**(4)** the Clerk of Court is directed to **ENTER JUDGMENT IN FAVOR OF DEFENDANT PITT OHIO AND AGAINST PLAINTIFF RYAN DEJOHN**; and

**(5)**   the Clerk of Court is directed to **CLOSE THIS CASE**.

                                                                s/ *Malachy E. Mannion*
                                                                **MALACHY E. MANNION**
                                                                **United States District Judge**

**Date: July 14, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1417-01-ORDER.wpd